Scott Sagaria (State Bar No.217981)
sjsagaria@sagarialaw.com
Elliot Gale (State Bar No. 263326)
egale@sagarialaw.com
Joe Angelo (State Bar No. 268542)
jangelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste. 200
Roseville, California 95661
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
Christopher Attaway

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| CHRISTOPHER ATTAWAY,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; et. al.,<br><br>Defendants. | Case No.: 2:18-CV-00178-WBS-DB<br><br>**ORDER** |

## ORDER

Pursuant to the stipulation of the Parties, Milestonz Jewelers, LLC is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.


IT IS SO ORDERED.

Dated: April 24, 2018

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE